# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-00698-RBJ-MJW

STEVEN CHAD RICHMOND,

    Plaintiff,

v.

BOMBARDIER RECREATIONAL PRODUCTS INC., a foreign corporation;
BRP US INC., a Delaware corporation;
DEMENTIA, LLC (d/b/a RPM MOTORSPORTS, LLC) a Colorado limited liability company,

    Defendants.

---

## ORDER OF DISMISSAL WITH PREJUDICE OF
## DEFENDANT DEMENTIA, LLC (d/b/a RPM MOTORSPORTS, LLC)

---

THIS MATTER coming before the Court on the Stipulation of Dismissal with Prejudice of Defendant Dementia, LLC (d/b/a RPM Motorsports, LLC) and the Court having reviewed said Stipulation:

Hereby approves the Stipulation of Dismissal with Prejudice. All claims that were or could have been brought by Plaintiff in this action against Defendant Dementia, LLC (d/b/a RPM Motorsports, LLC) are hereby dismissed with prejudice. This Order of Dismissal does not affect Plaintiff's claims against other Defendants.

Dated this 20th day of August, 2014.

BY THE COURT:

_____
U.S. District Court Judge