**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00698-RBJ-MJW

STEVEN CHAD RICHMOND,

Plaintiff,

v.

BOMBARDIER RECREATIONAL PRODUCTS INC., a foreign corporation;
BRP US INC., a Delaware corporation,

Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER coming before the Court on the Stipulation of Dismissal with Prejudice [ECF No. 70] of all claims in this matter, and the Court having reviewed said Stipulation:

Hereby approves the Stipulation of Dismissal with Prejudice.  All claims that were or could have been brought by Plaintiff in this action against Defendants Bombardier Recreational Products Inc. and BRP US Inc. are hereby dismissed with prejudice with each party to pay its own costs and attorney's fees.

Dated this 14th day of November, 2014.

BY THE COURT:

_/s/ Brooke Jackson_

_____
U.S. District Court Judge